JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

Defense Language Institute – Criminal Law
1336 Plummer Street, Building 275
Monterey, CA 93944
Telephone: (831) 242-4537

Attorneys for Plaintiff




FILED
2008 APR 18 P 1:05
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

UNITED STATES OF AMERICA,
Plaintiff,
vs.
TERENCE R. HENSLEY,
Defendant.

Criminal No.: CR 08 00253 RS

VIOLATIONS: 18 U.S.C. §13, assimilating California Vehicle Code §23152(a) - Driving under the Influence of alcohol; 18 U.S.C. §13, assimilating California Vehicle Code §23152(b) - Driving under the Influence of alcohol over the legal limit; 18 U.S.C. §13, assimilating California Vehicle Code §23222(b) –Possession of marijuana while driving.

INFORMATION

The United States Attorney charges:

COUNT ONE: 18 U.S.C. §13, assimilating California Vehicle Code §23152(a) - Driving Under the Influence of Alcohol

On or about 14 November, 2007, at Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant,

TERENCE R. HENSLEY,

did unlawfully drive a motor vehicle while under the influence of an alcoholic beverage and drug, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code Section 23152(a), a Class B misdemeanor.

COUNT TWO: 18 U.S.C. §13, assimilating California Vehicle Code §23152(b) - Driving Under the Influence of Alcohol Over the Legal Limit

On or about 14 November, 2007, at Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant,

TERENCE R. HENSLEY,

did unlawfully drive a motor vehicle with an alcohol content of .08 percent and more, by weight, in his blood, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code Section 23152(b), a Class B misdemeanor.

COUNT THREE: 18 U.S.C. §13, assimilating California Vehicle Code §23222(b) – Possession of marijuana while driving.

On or about 14 November 2007, at Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant,

TERENCE R. HENSLEY,

did unlawfully possess, while driving a motor vehicle, more than one avoirdupois ounce of marijuana, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code Section 23222(b), a Class C misdemeanor.

DATED: 4/17/08

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

AO 257 (Rev. 9/92)

CR-08 00253 RS

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

FILED

BY ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Judge Location (City)

2008 APR 18 P 1:01

Northern District of California

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**OFFENSE CHARGED**

See Attached

E-FILING

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

Place of offense: Fort Hunter Liggett, CA

U.S.C. Citation: See attached sheet

**DEFENDANT -- U.S. vs.**

TERENCE R. HENSLEY

Address: 10B Abrams Court, PO Box 892
Jolon, CA 93928

Birth Date: 12/8/1942

☑ Male ☐ Female ☐ Alien (if applicable)

(Optional unless a juvenile)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Robert N. Michaels, SAUSA

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)
Northern District of California, FHL PD

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No — If "Yes," give date filed: Mo. Day Year

**DATE OF ARREST**

Or . . . if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** Mo. Day Year

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

Process: Summons for arraignment

To appear before Judge Seeborg on 2 June 2008 at 9:30 am
US District Court, Located at 1000 South Main Street, #214, Salinas, CA 93901

**ATTACHMENT TO PENALTY SHEET**
**U.S. v. HENSLEY**

**COUNT ONE:** 18 U.S.C., Section 13, assimilating California Vehicle Code Section 23152(a) – Driving under the influence of alcohol

Penalties: Mandatory Minimum:
96 hours imprisonment in county jail.
$390.00 fine

Maximum Penalties:
6 months imprisonment in county jail.
$1,482.00 fine

**COUNT TWO:** 18 U.S.C., Section 13, assimilating California Vehicle Code Section 23152(b) – Driving under the influence of alcohol over the legal limit.

Penalties: Mandatory Minimum:
96 hours imprisonment in county jail.
$390.00 fine

Maximum Penalties:
6 months imprisonment in county jail.
$1,482.00 fine

**COUNT THREE:** 18 U.S.C., Section 13, assimilating California Vehicle Code Section 23222 – Possession of marijuana while driving

Penalties: Mandatory Minimum: N/A
Maximum Penalties:
$266.00 fine